IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TEACHERS INSURANCE AND ANNUITY )<br>ASSOCIATION OF AMERICA, *et al.* )<br>)<br>Defendants. ) | Case No. 1:07-CV-01721 |

CONSENT MOTION FOR AN EXTENSION OF
TIME TO ANSWER PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the Local Rule 7(a) of the United States District Court for the District of Columbia, Defendant National Academy of Sciences ("Defendant" or "NAS"), by and through its undersigned counsel, hereby moves this Court for additional time, until Monday, November 26, 2007, in which to respond to the Complaint. In support of its Motion, Defendant states as follows:

1. Defendant was served with the Complaint on October 16, 2007, and therefore its response to the Complaint is due on November 5, 2007.

2. Defendant's counsel received notice of the Complaint on Friday November 2, 2007.

3. Due to the press of other business, the recent receipt of the Complaint, and out of town travel, the undersigned counsel needs additional time to investigate the allegations in the Complaint and frame an appropriate response.

4. On November 2, 2007, counsel for Plaintiff Sonya Pettaway ("Plaintiff") consented to this Motion.

2

5.    No previous extensions of time have been requested in this case.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion and extend the time to respond to the Complaint until Monday November 26, 2007.

    Respectfully submitted,

By /s/ Karla Grossenbacher_____
    Karla Grossenbacher  (Bar #442544)
    Eyana J. Smith ( Bar # 489466)
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W.
    Suite 500
    Washington, D.C. 20006-4004
    (202) 463-2400

    Attorneys for Defendant

Dated:  November 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that one true and accurate copy of the foregoing Motion for an Extension of Time to Answer Plaintiff's Complaint served by first class U.S. mail, postage pre-paid, and facsimile this 2nd of November 2007 upon the following:

>Denise M. Clark, Esq.
>1250 Connecticut Ave., N.W., Ste. 200
>Washington, DC  20036
>(202) 293-0015 (ph)
>(202) 293-0115 (fax)
>*Counsel for Plaintiff*

>>/s/ Eyana J. Smith
>>Eyana J. Smith

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
SONYA PETTAWAY,                           )
                                          )
       Plaintiff,                      )  Case No. 1:07-CV-01721
                                          )
vs.                                       )
                                          )
TEACHERS INSURANCE AND ANNUITY            )
ASSOCIATION OF AMERICA, *et al.*          )
                                          )
       Defendants.                     )

## ORDER

Upon consideration of Defendants National Academy of the Science, Teachers Insurance and Annuity Association of America and The Standard Benefit Administrators, collectively ("Defendants"), Joint Consent Motion For An Extension Of Time To Answer Plaintiff's Complaint, in the above-captioned matter, it is hereby ORDERED that Defendants' Motion is GRANTED, and it is,

FURTHER ORDERED that Defendants' time to respond to Plaintiff's Complaint be extended to Friday, November 30, 2007.

    SO ORDERED.

                                             _____
                                             HON. JUDGE REGGIE B. WALTON