IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TEACHERS INSURANCE AND ANNUITY )<br>ASSOCIATION OF AMERICA, *et al.* )<br>)<br>Defendants. ) | Case No. 1:07-CV-01721 |

JOINT CONSENT MOTION FOR AN EXTENSION OF
TIME TO ANSWER PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the Local Rule 7(a) of the United States District Court for the District of Columbia, Defendants National Academy of Sciences Group Total Disability Insurance Plan ("NAS"), Teachers Insurance and Annuity Association of America ("TIAA") and The Standard Benefit Administrators ("TSBA"), collectively ("Defendants") by and through their undersigned counsel, hereby move this Court for additional time, until Friday, November 30, 2007, in which to respond to the Complaint. In support of their Motion, Defendants state as follows:

1. Defendant NAS was served with the Complaint on October 16, 2007, and therefore its response to the Complaint was due on November 5, 2007.

2. NAS's counsel received notice of the Complaint on Friday November 2, 2007.

3. Defendants TIAA and TSBA were served with the Complaint on or about October 26, 2007, and therefore their response to such Complaint is due on November 26, 2007.

DC1 30211373.2

4.	Due to coverage and representation issues, as well as the upcoming Thanksgiving holiday, the undersigned counsel need additional time to investigate the allegations in the Complaint and frame an appropriate response.

5.	On November 20 and November 21, 2007, counsel for Plaintiff Sonya Pettaway ("Plaintiff") consented to an extension of time until November 30.

6.	No previous extensions of time have been requested in this case by Defendants TIAA and TSBA.

7.	Defendants respectfully request that the Court modify its original Consent Motion for Extension of Time, to seek an extension until November 30.

8.  WHEREFORE, Defendants respectfully request that the Court grant their Motion and extend the time to respond to the Complaint until Monday November 30, 2007 for all Defendants.

Respectfully submitted,

By  /s/ Eyana J. Smith
Karla Grossenbacher  (#422544)
Eyana J. Smith (# 489466)
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400 (ph)
(202) 828-5393 (fax)

*Attorneys for Defendant NAS*

By:  /s/ Elisabeth Moriarty-Ambrozaitis
Elisabeth Moriarty-Ambrozaitis (# 488848)
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Andrew Altschul (*Of Counsel*)
Altschul Law Office PC
117 SW Taylor Street, Ste 200
Portland, Oregon 97204
(503) 417-0444
(503) 417-0501 (fax)

*Attorneys for Defendants TIAA and TSBA*

Dated:  November 21, 2007

## CERTIFICATE OF SERVICE

I hereby certify that one true and accurate copy of the foregoing Joint Consent Motion for an Extension of Time to Answer Plaintiff's Complaint served U.S. mail postage pre-paid, and electronic notification this 21st of November 2007 upon the following:

>Denise M. Clark, Esq.
>1250 Connecticut Ave., N.W., Ste. 200
>Washington, DC  20036
>(202) 293-0015 (ph)
>(202) 293-0115 (fax)
>*Counsel for Plaintiff*

>/s/ Eyana J. Smith
>Eyana J. Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:07-CV-01721 |
| | ) |
| vs. | ) |
| | ) |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, *et al.* | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of Defendants National Academy of the Sciences Group Total Disability Insurance Plan, Teachers Insurance and Annuity Association of America and The Standard Benefit Administrators, collectively ("Defendants"), Joint Consent Motion For An Extension Of Time To Answer Plaintiff's Complaint, in the above-captioned matter, it is hereby ORDERED that Defendants' Motion is GRANTED, and it is,

FURTHER ORDERED that Defendants' time to respond to Plaintiff's Complaint be extended to Friday, November 30, 2007.

SO ORDERED.

_____
HON. JUDGE REGGIE B. WALTON