IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:07-CV-01721 |
| | ) |
| vs. | ) |
| | ) |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, *et al.* | ) |
| | ) |
| Defendants. | ) |

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia: I, the undersigned counsel of record for Defendant National Academy of Sciences Group Total Disability Insurance Plan, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Defendant which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

                Respectfully submitted,

                NATIONAL ACADEMY OF SCIENCES
                GROUP TOTAL DISABILITY INSURANCE
                PLAN

                By  /s/ Eyana J. Smith _____
                    Karla Grossenbacher  (#422544)
                    Eyana J. Smith (# 489466)
                    SEYFARTH SHAW LLP
                    815 Connecticut Avenue, N.W.
                    Suite 500
                    Washington, D.C. 20006-4004
                    (202) 463-2400 (ph)
                    (202) 828-5393 (fax)

Dated:  November 30, 2007            *Its Attorneys*

DC1 30213098.1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was served via U.S. mail postage pre-paid, this 30th of November 2007 upon the following:

Counsel for Plaintiff
Denise M. Clark, Esq.
1250 Connecticut Ave., N.W., Ste. 200
Washington, DC  20036
(202) 293-0015 (ph)
(202) 293-0115 (fax)

Counsel for TIAA/Standard
Andrew Altschul
Altschul Law Office PC
117 SW Taylor Street, Ste 200
Portland, Oregon 97204
(503) 417-0444 (ph)
(503) 417-0501 (fax)

/s/ Eyana J. Smith
Eyana J. Smith