IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY, | ) <br> ) <br> ) |
| Plaintiff, | ) Case No. 1:07-CV-01721 <br> ) |
| vs. | ) <br> ) |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, *et al.* | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Local Rule 7.1 of the United States District Court for the District of Columbia, counsel for Defendant The Standard Benefit Administrators ("SBA") makes the following certification of disclosure of corporate affiliations and financial interests:

I, the undersigned, counsel of record for SBA, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of SBA which have any outstanding securities in the hand of the public.

SBA is a dba for The Standard Life Insurance Company of New York. The Standard Life Insurance Company of New York is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is a company that is publicly traded on the New York Stock Exchange. The companies affiliated with The Standard Life Insurance Company of New York and StanCorp Financial Group, Inc. include Standard Insurance Company, StanCorp Investment Advisors, Inc., StanCorp Mortgage Investors, LLC, StanCorp Real Estate, LLC, and Standard Management, Inc.

DC1 30213142.1

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

By: /s/ Elisabeth Moriarty-Ambrozaitis
Elisabeth Moriarty-Ambrozaitis # 488848 (Local Counsel)

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Andrew Altschul (*pro hoc vice* motion pending)
Altschul Law Office, PC
117 SW Taylor Street, Ste 200
Portland, Oregon 97204
(503) 417-0444
(503) 417-0501 (facsimile)

Lead Counsel for Defendants Teachers Insurance and Annuity Association of America and The Standard Benefit Administrators

Dated:   November 30, 2007

## CERTIFICATE OF SERVICE

I hereby certify that one true and accurate copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was served electronically and via first class U.S. mail, postage pre-paid, this 30th day of November 2007 upon the following:

> Denise M. Clark, Esq.
> 1250 Connecticut Ave., N.W., Ste. 200
> Washington, DC 20036
> (202) 293-0015 (ph)
> (202) 293-0115 (fax)
> *Counsel for Plaintiff*
>
>
> Karla Grossenbacher, Esq.
> Eyana Smith, Esq.
> SEYFARTH SHAW LLP
> 815 Connecticut Avenue, N.W.
> Suite 500
> Washington, D.C. 20006-4004
> (202) 463-2400
> (202) 828-5393 (facsimile)
> *Counsel for Defendant National Academy of Sciences*
> *Group Total Disability Insurance Plan*

/s/ Elisabeth Moriarty-Ambrozaitis
Elisabeth Moriarty-Ambrozaitis