IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY,<br><br>        Plaintiff,<br><br>vs.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, *et al.*<br><br>        Defendants. | Case No. 1:07-CV-01721 |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Local Rule 7.1 of the United States District Court for the District of Columbia, counsel for Defendant Teachers Insurance and Annuity Association of America ("TIAA") makes the following certification of disclosure of corporate affiliations and financial interests:

I, the undersigned, counsel of record for TIAA, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of TIAA which have any outstanding securities in the hand of the public.

    None. Teachers Insurance and Annuity Association is wholly owned by the TIAA Board of Overseers, which is a not for profit corporation organized under the laws of the State of New York.

    These representations are made in order that judges of this court may determine the need for recusal.

DC1 30213141.1

Respectfully submitted,

By: /s/ Elisabeth Moriarty-Ambrozaitis
Elisabeth Moriarty-Ambrozaitis # 488848 (Local Counsel)

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Andrew Altschul (*pro hoc vice* motion pending)
Altschul Law Office, PC
117 SW Taylor Street, Ste 200
Portland, Oregon 97204
(503) 417-0444
(503) 417-0501 (facsimile)

Lead Counsel for Defendants Teachers Insurance and Annuity Association of America and The Standard Benefit Administrators

Dated: November 30, 2007

## CERTIFICATE OF SERVICE

I hereby certify that one true and accurate copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was served electronically and via first class U.S. mail, postage pre-paid, and facsimile this 30th day of November 2007 upon the following:

>Denise M. Clark, Esq.
>1250 Connecticut Ave., N.W., Ste. 200
>Washington, DC  20036
>(202) 293-0015 (ph)
>(202) 293-0115 (fax)
>*Counsel for Plaintiff*
>
>Karla Grossenbacher, Esq.
>Eyana Smith, Esq.
>SEYFARTH SHAW LLP
>815 Connecticut Avenue, N.W.
>Suite 500
>Washington, D.C. 20006-4004
>(202) 463-2400
>(202) 828-5393 (facsimile)
>*Counsel for Defendant National Academy of Sciences Group Total Disability Insurance Plan*

>/s/ Elisabeth Moriarty-Ambrozaitis
>Elisabeth Moriarty-Ambrozaitis