IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SONYA PETTAWAY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TEACHERS INSURANCE AND ANNUITY )<br>ASSOCIATION OF AMERICA, *et al.* )<br>)<br>Defendants. )<br>) | Case No. 1:07-CV-01721 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2 of the Local Rules of the United States District Court for the District of Columbia, Elisabeth Moriarty-Ambrozaitis, Esq., the undersigned attorney, hereby moves this Court to permit Andrew Altschul, Esq. to appear on behalf of Defendants Teachers Insurance and Annuity Association of America and The Standard Benefit Administrators in the above-captioned case *pro hac vice*. In support of this motion, the undersigned states as follows:

1. Andrew Altschul, Esq. owns his own the law firm, Altschul Law Office, PC, and is counsel for Defendants Teachers Insurance and Annuity Association of America and The Standard Benefit Administrators. He is a member in good-standing of the bars of Oregon, Washington and California. *See* Declaration of Andrew Altschul, attached hereto as Exhibit 1.

2. I am counsel of record for Defendants Teachers Insurance and Annuity Association of America and The Standard Benefit Administrators and practice with the law firm of Seyfarth Shaw LLP, 815 Connecticut Avenue, N.W., Washington D.C., 20006-4004. I am admitted to practice before this Court, and shall act as counsel of record and can be served with

all pleadings, motions, notices and other papers pursuant to the Federal Rules of Civil Procedure and the rules of this Court.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and permit Andrew Altschul Esq. to appear before this Court *pro hac vice.*

Respectfully submitted,

By: /s/ Elisabeth Moriarty-Ambrozaitis
Elisabeth Moriarty-Ambrozaitis # 488848

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Attorneys for Defendants Teachers Insurance and Annuity Association of America and The Standard Benefit Administrators

Date:   November 30, 2007

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion for Admission *Pro Hac Vice*, was served electronically and via first class mail this 30th day of November 2007, upon:

        Denise M. Clark, Esq.
        1250 Connecticut Ave., N.W., Ste. 200
        Washington, DC 20036
        (202) 293-0015 (ph)
        (202) 293-0115 (fax)
        *Counsel for Plaintiff*

        Karla Grossenbacher, Esq.
        Eyana Smith, Esq.
        SEYFARTH SHAW LLP
        815 Connecticut Avenue, N.W.
        Suite 500
        Washington, D.C. 20006-4004
        (202) 463-2400
        (202) 828-5393 (facsimile)
        *Counsel for Defendant National Academy of Sciences*
        *Group Total Disability Insurance Plan*

        /s/ Elisabeth Moriarty-Ambrozaitis
        Elisabeth Moriarty-Ambrozaitis

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY, <br><br> Plaintiff, <br><br> vs. <br><br> TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, *et al.* <br><br> Defendants. | Case No. 1:07-CV-01721 |

### DECLARATION OF ANDREW ALTSCHUL

I, Andrew Altschul, hereby declare as follows. The statements in this Declaration are made of my own personal knowledge and I am competent to testify concerning them.

1. I am a lawyer with my own law firm entitled Altschul Law Office, PC located in Portland, Oregon.

2. I am a member in good-standing of the bars of Oregon, Washington and California.

3. I have never been disciplined or sanctioned by any bar or court.

4. I have never been admitted *pro hac vice* to this Court during the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of November, 2007.

_____
Andrew Altschul

DC1 30212454.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:07-CV-01721 |
| ) | |
| vs. ) | |
| ) | |
| TEACHERS INSURANCE AND ANNUITY ) | |
| ASSOCIATION OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on a Motion for Admission *Pro Hac Vice* in the above-captioned case, pursuant to the Rules of the United States District Court for the District of Columbia. Upon consideration of this motion, any opposition thereto and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED; and it is

FURTHER ORDERED that Andrew Altschul, Esquire, shall be and hereby is admitted to appear before this Court in the above-captioned matter.

SO ORDERED.

_____
HON. JUDGE REGGIE B. WALTON