IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:07-CV-01721 |
| ) | |
| vs. ) | (RBW) |
| ) | |
| TEACHERS INSURANCE AND ANNUITY ) | |
| ASSOCIATION OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

CONSENT MOTION FOR AN EXTENSION OF
TIME TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the Local Rule 7(a) of the United States District Court for the District of Columbia, Sonya Pettiway by and through her undersigned counsel, hereby moves this Court for additional time, until Friday, December 28, 2007, by which to respond to the Defendants' Motions to Dismiss Plaintiff's Complaint. In support of her Motion, Plaintiff states as follows:

1. Plaintiff was served with Defendant National Academy of Sciences ("NAS") Motion to Dismiss on December 4, 2007, and therefore her response to the Motion is due on December 17, 2007.

2. Plaintiff was served with Defendant Teachers Insurance and Annuity Association of America ("TIAA") and The Standard Benefit Administrators ("TSBA") Motion to Dismiss on December 5, 2007, and therefore her response to the Motion is due on December 17, 2007.

3. Plaintiff's counsel was unable to reach Plaintiff regarding the pending Motion until December 12, 2007, due to Plaintiff's unavailability.

**RECEIVED**

DEC 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. Having reached Plaintiff, Plaintiff's counsel is now gathering the documentation supporting Plaintiff's argument in response to Defendants' Motions.

5. Due to the press of business and deadlines in two matters pending before the United States District Court for the Northern District of Illinois, the undersigned counsel requires additional time to secure the additional documentation from Plaintiff and finalize an appropriate opposition.

6. On December 13 and December 14, 2007, counsel for Defendants NAS TIAA, and TSBA consented to an extension of time until December 28, 2007.

7. The Court has not set any deadlines in this case. Therefore, the requested extension will only impact the date of the Defendants' Reply to Plaintiff's Opposition.

8. No previous extensions of time have been requested in this case by Plaintiff Pettiway.

WHEREFORE, Plaintiff respectfully requests that the Court grant her Motion and extend the time to oppose the pending Motions to Dismiss until Friday December 28, 2007.

Respectfully submitted,

By /s/ Denise M. Clark
Denise M. Clark, Esq. (#420480)
1250 Connecticut Ave., N.W., Ste. 200
Washington, DC 20036
(202) 293-0015 (ph)
(202) 293-0115 (fax)
*Counsel for Plaintiff*

Dated: December 14, 2007

## CERTIFICATE OF SERVICE

I, Denise M. Clark, attorney of record for the Plaintiff in this matter, hereby certify that one true and accurate copy of the foregoing Consent Motion for an Extension of Time to Oppose Defendants' Motion to Dismiss was served by facsimile, U.S. mail postage pre-paid, and electronic mail this 14th of December 2007 upon the following:

Karla Grossenbacher (#422544)
Eyana J. Smith (# 489466)
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400 (ph)
(202) 828-5393 (fax)

*Attorneys for Defendant NAS*

Elisabeth Moriarty-Ambrozaitis (# 488848)
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400
(202) 828-5393 (facsimile)

Andrew Altschul (*Of Counsel*)
Altschul Law Office PC
117 SW Taylor Street, Ste 200
Portland, Oregon 97204
(503) 417-0444
(503) 417-0501 (fax)

*Attorneys for Defendants TIAA and TSBA*

/s/ Denise M. Clark
Denise M. Clark

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TEACHERS INSURANCE AND ANNUITY )<br>ASSOCIATION OF AMERICA, *et al.* )<br>)<br>Defendants. ) | Case No. 1:07-CV-01721 |

### ORDER

Upon consideration of Plaintiff Sonya Pettiway's Consent Motion for an Extension of Time to Oppose Defendants' Motion to Dismiss, in the above-captioned matter, it is hereby ORDERED that Plaintiff's Motion is GRANTED, and it is,

FURTHER ORDERED that Plaintiff's time to file her Opposition, be extended to Friday, December 28, 2007.

SO ORDERED.

_____
HON. JUDGE REGGIE B. WALTON