**DENISE M. CLARK, ESQ**
**D.C. Bar   #420480**
**1250 Connecticut Ave, N.W., Ste. 200**
**Washington, D.C. 20036**
**(202) 293-0015;   FAX:  (202) 293-0115**
**Attorney for Plaintiff**


## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA


| | |
|---|---|
| SONYA PETTAWAY,<br>11000 Ironwood Drive<br>Hopewell, Virginia 23860<br><br>           Plaintiff,<br><br>   vs.<br><br>TEACHERS INSURANCE AND ANNUITY<br>ASSOCIATION  OF AMERICA,<br>730 Third Ave.,<br>New York, NY 10017;<br><br>NATIONAL ACADEMY OF SCIENCES<br>GROUP TOTAL DISABILITY INSURANCE<br>PLAN,<br>2101Constitution Ave., N.W., Washington, D.C.<br>20418 ;<br><br>THE STANDARD BENEFIT<br>ADMINISTRATORS<br>P.O Box 5031<br>White Plains, NY 10602<br><br><br>           Defendants. | Case No.  1:07-CV-01721<br><br>     (RBW) |


**NOTICE OF FILING**

To:        Andrew Altschul
           Altschul Law Office, P.C.
           117 SW Taylor Street, Ste 200
           Portland, Oregon 97204


           Karla Grossenbacker, Esq.
           Eyana J. Smith
            Seyfarth Shaw LLP
           815 Connecticut Ave., N.W.
           Suite 500
           Washington, D.C. 20006

           Elisabeth Moriarty-Ambrozaitis
           Seyfarth Shaw LLP
           815 Connecticut Ave., N.W.
           Suite 500
           Washington, D.C. 20006


**PLEASE TAKE NOTICE** that on December 28, 2007, Plaintiff filed her *Memorandum*

*Opposing Defendants' Motions to Dismiss Pursuant to FRCP 12(b)(6).*


                                         Respectfully submitted,

                                         Sonya Pettaway, Plaintiff


                                         By: _s/ Denise M. Clark_ ____

                                         Denise M. Clark, Attorney for Plaintiff



Denise M. Clark, Esq. (420480)
The Law Office of Denise M. Clark
1250 Connecticut Ave., N.W., Suite 200
Washington, D.C. 20036
Phone: (202) 293-0015
Fax: (202) 293-0115

Dated: December 28, 2007