## CERTIFICATE OF SERVICE

I, Denise M. Clark, an attorney, certify that the foregoing document entitled *Memorandum Opposing Defendants' Motions to Dismiss Pursuant to FRCP 12(b)(6),* has been filed and served via Electronic Court Filing (ECF) on December 28, 2007 upon:

>Andrew Altschul
>Altschul Law Office, P.C.
>117 SW Taylor Street, Ste 200
>Portland, Oregon 97204
>
>Karla Grossenbacker, Esq.
>Eyana J. Smith
>Seyfarth Shaw LLP
>815 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C. 20006
>
>Elisabeth Moriarty-Ambrozaitis
>Seyfarth Shaw LLP
>815 Connecticut Ave., N.W.
>Suite 500
>Washington, D.C. 20006

and courtesy copies of the same sent via First-Class Mail.

>By:   s/ Denise M. Clark
>
>Denise M. Clark, Esq.
>The Law Office of Denise M. Clark
>1250 Connecticut, Ave N.W.,
>Suite 200
>Washington, D.C. 20036
>Phone: (202) 293-0015
>Fax: (202) 293-0115
>E-Mail: dmclark@benefitcounsel.com