## CERTIFICATE OF SERVICE

I, Denise M. Clark, an attorney, certify that the foregoing document entitled *Sur-Reply to Defendant's Reply Memorandum to Plaintiff's Opposition to Defendants' Motions to Dismiss.* has been filed and served via Electronic Court Filing (ECF) on January 15, 2008 upon:

    Andrew Altschul
    Altschul Law Office, P.C.
    117 SW Taylor Street, Ste 200
    Portland, Oregon 97204

    Karla Grossenbacker, Esq.
    Eyana J. Smith
    Seyfarth Shaw LLP
    815 Connecticut Ave., N.W.
    Suite 500
    Washington, D.C. 20006

    Elisabeth Moriarty-Ambrozaitis
    Seyfarth Shaw LLP
    815 Connecticut Ave., N.W.
    Suite 500
    Washington, D.C. 20006

and courtesy copies of the same sent via First-Class Mail.

                                        By:    <u>s/ Denise M. Clark</u>

                                                Denise M. Clark, Esq.
                                                The Law Office of Denise M. Clark
                                                1250 Connecticut, Ave N.W.,
                                                Suite 200
                                                Washington, D.C. 20036
                                                Phone: (202) 293-0015
                                                Fax: (202) 293-0115
                                                E-Mail: dmclark@benefitcounsel.com