IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| SONYA PETTAWAY, | ) |
| | ) |
|     Plaintiff, | ) Case No. 1:07-CV-01721 |
| | ) |
| vs. | ) |
| | ) |
| TEACHERS INSURANCE AND ANNUITY | ) |
| ASSOCIATION OF AMERICA, *et al.* | ) |
| | ) |
|     Defendants. | ) |

_____

NOTICE OF CHANGE OF ADDRESS

Please take notice of the change of address for Andrew M. Altschul, counsel for Defendants Teachers Insurance and Annuity Association of America ("TIAA") and Standard Benefit Administrators ("SBA") in the above-referenced matter, as follows:

    Buchanan Angeli Altschul LLP
    321 SW 4th Avenue, Suite 600
    Portland, Oregon 97204
    Telephone:    (503) 974-5015
    Facsimile:    (971) 230-0337
    Email:  andrew@baaslaw.com.

                  Respectfully submitted,


                  By: /s/ Elisabeth Moriarty-Ambrozaitis
                  Elisabeth Moriarty-Ambrozaitis # 488848

                  SEYFARTH SHAW LLP
                  815 Connecticut Avenue, N.W.
                  Suite 500
                  Washington, D.C. 20006-4004
                  (202) 463-2400
                  (202) 828-5393 (facsimile)

          Andrew Altschul (admitted *pro hac vice*)
          Buchanan Angeli Altschul LLP
          321 SW 4th Avenue, Suite 600
          Portland, Oregon 97204
          (503) 974-5015
          (971) 230-0337 (facsimile)

          Defendants TIAA and SBA Attorneys

Dated:   April 3, 2008

DC1 30227047.1

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document entitled **Notice of Change of Address** has been filed and served via Electronic Court Filing (ECF) on April 3, 2008 upon:

>Denise M. Clark, Esq.
>1250 Connecticut Ave., N.W., Ste. 200
>Washington, DC  20036
>(202) 293-0015 (ph)
>(202) 293-0115 (fax)
>*Counsel for Plaintiff*
>
>Karla Grossenbacher, Esq.
>Eyana J. Smith, Esq.
>Seyfarth Shaw LLP
>815 Connecticut Avenue, N.W., Suite 500
>Washington, DC  20006
>(202) 463-2400 (ph)
>(202) 828-5393 (fax)

>/s/ Elisabeth Moriarty-Ambrozaitis
>Elisabeth Moriarty-Ambrozaitis

DC1 30227047.1