UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY,<br><br>       Plaintiff,<br><br>v.<br><br>TEACHERS INSURANCE AND ANNUITY<br>ASSOCIATION OF AMERICA, et al.,<br><br>       Defendants | Civil Action No. 07-1721 (RBW) |

**ORDER**

In accordance with a memorandum opinion entered this same date, it is

**ORDERED** that Defendant National Academy of Sciences Group Total Disability Insurance Plan's Motion to Dismiss Plaintiff's Complaint and Teacher's Insurance and Annuity Association of America's and Standard Benefit Administrators' Motion to Dismiss are **DENIED**.  It is further

**ORDERED** that the defendants shall file their answer to the plaintiff's complaint on or before April 28, 2008.

**SO ORDERED** this 18th day of April, 2008.

                                               REGGIE B. WALTON
                                               United States District Judge