IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:07-CV-01721 |
| | ) |
| vs. | ) |
| | ) |
| TEACHERS INSURANCE AND ANNUITY | ) |
| ASSOCIATION OF AMERICA, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ANSWER OF THE NATIONAL ACADEMY OF SCIENCES
## GROUP TOTAL DISABILITY INSURANCE PLAN

Defendant, the National Academy of Sciences Group Total Disability Insurance Plan, by their undersigned attorneys, hereby answers Plaintiff's Complaint as follows:

1. In answering paragraph 1 of Plaintiff's Complaint, Defendant admits that Plaintiff claims this is a civil action arising under the provisions of ERISA and regulations set forth in paragraph 1 and that Plaintiff further claims that jurisdiction is proper in this Court. Defendant denies, however, that it has engaged in any illegal activity as alleged in the Complaint.

2. In answering paragraph 2 of Plaintiff's Complaint, Defendants admit that Plaintiff claims that venue is proper in this Court, but denies that it has engaged in any illegal activity as alleged in Plaintiff's Complaint.

3. In answering paragraph 3 of Plaintiff's Complaint, Defendant is without sufficient knowledge and/or information to admit or deny, and thus denies, the allegations contained therein.

4. In answering paragraph 4 of Plaintiff's Complaint, Defendant admits that the plan in which Plaintiff participated was an employee welfare benefit plan within the meaning of ERISA, but denies the remaining allegations contained in paragraph 4 of Plaintiff's Complaint.

5. Defendant denies the allegations contained in paragraph 5 of Plaintiff's Complaint.

6. In answering paragraph 6 of Plaintiff's Complaint, Defendant is without sufficient knowledge and/or information to admit or deny, and thus denies, the allegations contained therein.

7. In answering paragraph 7 of Plaintiff's Complaint, Defendant denies the allegations contained therein.

8. In answering paragraph 8 of Plaintiff's Complaint, Defendant is without sufficient knowledge and/or information to admit or deny, and thus denies, the allegations contained therein.

9. Defendant denies the allegations contained in paragraph 9 of Plaintiff's Complaint.

10. In answering paragraph 10 of Plaintiff's Complaint, Defendant is without sufficient knowledge and/or information to admit or deny, and thus denies, the allegations contained therein.

11. In answering paragraph 11 of Plaintiff's Complaint, Defendant is without sufficient knowledge and/or information to admit or deny, and thus denies, the allegations contained therein.

DC1 30228673.1

12. In answering paragraph 12 of Plaintiff's Complaint, Defendant is without sufficient knowledge and/or information to admit or deny, and thus denies, the allegations contained therein.

13. In answering paragraph 13 of Plaintiff's Complaint, Defendant is without sufficient knowledge and/or information to admit or deny, and thus denies, the allegations contained therein.

14. In answering paragraph 14 of Plaintiff's Complaint, Defendant is without sufficient knowledge and/or information to admit or deny, and thus denies, the allegations contained therein.

15. Defendant denies the allegations contained in paragraph 15 of Plaintiff's Complaint,

16. In answering paragraph 16 of Plaintiff's Complaint, Defendant is without sufficient knowledge and/or information to admit or deny, and thus denies, the allegations contained therein.

17. Defendant denies the allegations contained in paragraph 17 of Plaintiff's Complaint.

18. Defendant denies the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. Defendant denies that Plaintiff is entitled to any of the relief requested in the WHEREFORE clause following paragraph 18 of Plaintiff's Complaint, or any other relief.

20. All other allegations set forth in Plaintiff's Complaint that have not heretofore been admitted or denied are hereby specifically and fully denied.

## DEFENSES AND AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

2. This Court lacks subject matter jurisdiction over all or a portion of Plaintiff's Complaint.

3. All or a portion of Plaintiff's claims are barred by the applicable statute of limitations.

4. As to all or a portion of her claims, Plaintiff has failed to exhaust her administrative remedies.

5. Plaintiff's claims are barred by the doctrines of estoppel, waiver, or unclean hands.

6. Defendant specifically reserves the right to amend this Answer by additional affirmative defenses and/or counterclaims as additional investigation, discovery and circumstances may warrant.

DC1 30228673.1

WHEREFORE, Defendant prays that:

1.     Plaintiff's Complaint be dismissed with prejudice in its entirety and that judgment be entered in Defendants' favor.

2.     Plaintiff take nothing by Plaintiff's Complaint.

3.     The Court deny Plaintiff's requested relief.

4.     The Court award Defendant its costs and attorneys' fees.

The Court award Defendant such further relief as it deems just and proper.

>   Respectfully submitted,
>
>   NATIONAL ACADEMY OF SCIENCES
>   GROUP TOTAL DISABILITY INSURANCE
>   PLAN
>
>   By  /s/ Karla Grossenbacher
>         Karla Grossenbacher  (#422544)
>         Eyana J. Smith (# 489466)
>         SEYFARTH SHAW LLP
>         815 Connecticut Ave., N.W. Ste 500
>         Washington, D.C. 20006-4004
>         (202) 463-2400 (ph)
>         (202) 828-5393 (fax)
>
>   *Its Attorneys*

Dated:  April 28, 2008

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Answer of the National Academy of Sciences Group Total Disability Plan was served by first-class mail, postage prepaid, this 28th day of April 2008, upon:

>Andrew Altschul, Esquire
>BUCHANAN ANGELI ALTSCHUL LLP
>321 SW 4th Avenue
>Suite 600
>Portland, OR 97204

>>/s/ Karla Grossenbacher
>>Karla Grossenbacher, Esq.