IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TEACHERS INSURANCE AND ANNUITY )<br>ASSOCIATION OF AMERICA, *et al.* )<br>)<br>Defendants. ) | Case No. 1:07-CV-01721 |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF EYANA J. SMITH

This notice shall serve to inform the Court that Eyana J. Smith, Esq. no longer represents Defendant National Academy of Sciences Group Total Disability Insurance Plan ("Defendant") in this matter. Defendant will continue to be represented by Karla Grossenbacher, Esq., counsel of record, and has been given reasonable notice of Ms. Smith's withdrawal.

Respectfully submitted,

NATIONAL ACADEMY OF SCIENCES
GROUP TOTAL DISABILITY INSURANCE
PLAN

By /s/ Eyana J. Smith
    Karla Grossenbacher  (#422544)
    Eyana J. Smith (# 489466)
    SEYFARTH SHAW LLP
    815 Connecticut Ave., N.W. Ste 500
    Washington, D.C. 20006-4004
    (202) 463-2400 (ph)
    (202) 828-5393 (fax)

*Its Attorneys*

Dated: May 9, 2008

DC1 30229913.1

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Withdrawal of Appearance of Eyana J. Smith was served via electronic notification, this 9th of May 2008 upon the following:

Counsel for Plaintiff
Denise M. Clark, Esq.
1250 Connecticut Ave., N.W., Ste. 200
Washington, DC 20036
(202) 293-0015 (ph)
(202) 293-0115 (fax)

Counsel for TIAA and Standard
Andrew Altschul
Altschul Law Office PC
117 SW Taylor Street, Ste 200
Portland, Oregon 97204
(503) 417-0444 (ph)
(503) 417-0501 (fax)

Elisabeth Moriarty-Ambrozaitis
SEYFARTH SHAW LLP
815 Connecticut Ave., N.W. Ste 500
Washington, D.C. 20006-4004
(202) 463-2400 (ph)
(202) 828-5393 (fax)

/s/ Eyana J. Smith
Eyana J. Smith