IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. **07-1721** |
| ) | **(RBW)** |
| v. ) | |
| ) | |
| TEACHERS INSURANCE AND ANNUITY ) | |
| ASSOCIATION OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

UNOPPOSED MOTION FOR OUT OF TOWN COUNSEL TO APPEAR
BY TELEPHONE AT INITIAL SCHEDULING CONFERENCE

Andrew Altschul, lead counsel for Defendants Teachers Insurance and Annuity Association of America ("TIAA") and Standard Benefit Administrators ("SBA"), moves the Court for permission to appear by telephone at the Scheduling Conferences scheduled in this matter for June 12, 2008, at 9:30 a.m. (EDT), which is 6:30 a.m. (PDT).

This motion is made in good faith to accommodate TIAA and SBA's lead counsel, who is located in Portland, Oregon and for the purpose of this hearing only. TIAA and SBA's counsel has conferred with counsel for Plaintiff and Defendant National Academy of Sciences Group

/ / / /

/ / / /

/ / / /

Total Disability Insurance Plan who have indicated they have no objection to this motion.

DATED this 4th day of June, 2008.

Respectfully submitted,

By: /s/ Andrew M. Altschul
Andrew M. Altschul (*pro hac vice*)
BUCHANAN ANGELI ALTSCHUL &
SULLIVAN LLP
621 SW Fourth Avenue, Suite 600
Portland, OR 97204
(503) 974-5022 (ph)
(971) 230-0337 (fax)
andrew@baaslaw.com

2

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SONYA PETTAWAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEACHERS INSURANCE AND ANNUITY )<br>ASSOCIATION OF AMERICA, et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. **07-1721**<br>**(RBW)** |

PROPOSED ORDER

Upon consideration of the Defendants' Motion to Appear by Telephone at Initial Scheduling Conference, the Court grants Defendants motion and will make arrangements to call defense counsel, Andrew Altschul, on June 12, 2008, at 9:30 a.m. (EST).

SO ORDERED.

_____                          _____
Date                                                              Reggie B. Walton
                                                                         United States District Court Judge

## CERTIFICATE OF SERVICE

    I hereby certify that one true and accurate copy of the foregoing **Unopposed Motion For Out Of Town Counsel To Appear By Telephone At Initial Scheduling Conference** was served by Electronic Delivery via CM/ECF Filing this 4th day of June, 2008 upon the following:

| | |
|---|---|
| Denise M. Clark, Esq. #420480 | Karla Grossenbacher, Esq. #442544 |
| 1250 Connecticut Ave., NW<br>NW Ste 600<br>Washington, DC 20036<br>(202) 293-0015 (ph)<br>(202) 293-0115 (fax) | SEYFARTH SHAW LLP<br>815 Connecticut Avenue, N.W.<br>Suite 500<br>Washington, D.C. 20006-4004<br>(202) 463-2400 (ph)<br>(202) 828-5393 (fax) |
| Attorney for Plaintiff | Attorneys for Defendant National Academy Of Sciences Group Total Disability Insurance Plan |

Respectfully submitted,

By:/s/ Andrew Altschul
Andrew Altschul (admitted *pro hac vice*)

Buchanan Angeli Altschul & Sullivan LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon 97204
 (503) 974-5015
 (971) 230-0337 (facsimile)

Defendants TIAA and SBA Attorneys

Dated:  June 4, 2008