UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SONYA PETTAWAY,                     )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Civil Action No. 07-1721  (RBW)
                                    )
TEACHERS INSURANCE AND              )
ANNUITY ASSOCIATION                 )
OF AMERICA, et al. ,                )
                                    )
            Defendants.             )
_____)

**SCHEDULING ORDER**

In accordance with the Court's oral orders rendered at the initial scheduling conference in this case held on June 12, 2008, it is

**ORDERED** that this case is assigned to the standard track.  It is further

**ORDERED** that the defendants shall file the administrative record in this case on or before June 27, 2008.  It is further

**ORDERED** that this case shall be referred to the Court's alternative dispute resolution program from September 2, 2008, until October 31, 2008.  It is further

**ORDERED** that the Court's alternative dispute resolution program shall assign this matter to Ellen Hennessy if Ms. Hennessy is available to mediate the parties' dispute during the period for mediation set forth above.  It is further

**ORDERED** that the parties shall appear before this Court for a status hearing on November 3, 2008, at 9:00 a.m.

**SO ORDERED** this 13th day of June, 2008.

REGGIE B. WALTON  
United States District Judge